**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re: SCOTT LEVINE           §   Case No. 18-81808
      AIMEE LEVINE         §
                                §
           Debtor(s)     §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 08/23/2018.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5) The case was dismissed on 02/07/2019.

6) Number of months from filing or conversion to last payment: 5.

7) Number of months case was pending: 7.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $13,100.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor(s) | $ 2,595.00 |
| Less amount refunded to debtor(s) | $ 865.00 |
| **NET RECEIPTS** | $ 1,730.00 |

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 1,582.96 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 147.04 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 1,730.00 |
| Attorney fees paid and disclosed by debtor(s): | $ 500.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BARRICK SWITZER LONG BALSLEY | Lgl | 4,000.00 | 2,500.00 | 2,500.00 | 1,582.96 | 0.00 |
| MIDWEST TITLE LOANS | Sec | 3,000.00 | 1,845.71 | 1,845.71 | 0.00 | 0.00 |
| MIDWEST TITLE LOANS | Uns | 1,565.58 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICAN PROFIT RECOVERY | Uns | 90.00 | NA | NA | 0.00 | 0.00 |
| AMERIPATH CINCINNATI, INC. | Uns | 147.00 | NA | NA | 0.00 | 0.00 |
| BC SERVICES | Uns | 445.00 | NA | NA | 0.00 | 0.00 |
| CHOICE RECOVERY | Uns | 530.00 | NA | NA | 0.00 | 0.00 |
| CHOICE RECOVERY, INC. | Uns | 145.00 | NA | NA | 0.00 | 0.00 |
| CITY OF DEKALB | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| MICHAEL R NAUGHTON | Uns | 1,318.00 | 1,629.02 | 1,629.02 | 0.00 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 635.00 | 1,394.37 | 1,394.37 | 0.00 | 0.00 |
| CONVERGENT OUTSOURCING | Uns | 120.00 | NA | NA | 0.00 | 0.00 |
| CONVERGENT OUTSOURCING | Uns | 180.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Uns | 1,180.00 | NA | NA | 0.00 | 0.00 |
| CREDIT CONTROL LLC | Uns | 150.00 | NA | NA | 0.00 | 0.00 |
| DEKALB COMMUNITY SCHOOL | Uns | 2,260.00 | NA | NA | 0.00 | 0.00 |
| DEKALB MOTOR COMPANY | Uns | 133.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STUDENT ASSISTANCE | Uns | 0.00 | 6,040.61 | 0.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| DEPT. OF EDUCATION/NAVIENT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/NAVIENT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/NAVIENT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/NAVIENT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/NAVIENT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/NAVIENT | Uns | 2,279.00 | NA | NA | 0.00 | 0.00 |
| E-470 PUBLIC HIGHWAY | Uns | 20.00 | 243.78 | 243.78 | 0.00 | 0.00 |
| ENTERPRISE RENT-A-CAR | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| FMS,INC. | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| FRONTIER | Uns | 115.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 450.00 | 443.19 | 443.19 | 0.00 | 0.00 |
| HORIZON FINANCIAL MGMT | Uns | 535.00 | NA | NA | 0.00 | 0.00 |
| HORIZON FINANCIAL MGMT | Uns | 340.00 | NA | NA | 0.00 | 0.00 |
| HORIZON FINANCIAL MGMT | Uns | 535.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COMMUNITY CREDIT | Uns | 8,256.00 | NA | NA | 0.00 | 0.00 |
| THE ILLINOIS TOLLWAY | Uns | 1,728.00 | 18,460.00 | 18,460.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 6,741.00 | 786.52 | 786.52 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 5,609.39 | 5,609.39 | 0.00 | 0.00 |
| KISHHEALTH PHYSICIAN GROUP | Uns | 120.00 | NA | NA | 0.00 | 0.00 |
| KISHWAUKEE HOSPITAL | Uns | 490.00 | NA | NA | 0.00 | 0.00 |
| KISHWAUKEE HOSPITAL | Uns | 215.00 | NA | NA | 0.00 | 0.00 |
| LINEBARGER GOGGAN BLAIR & | Uns | 40.00 | NA | NA | 0.00 | 0.00 |
| LONG'S PEAK ER PHYSICIANS | Uns | 135.00 | NA | NA | 0.00 | 0.00 |
| LONGMONT UNITED HOSPITAL | Uns | 425.00 | NA | NA | 0.00 | 0.00 |
| LURIE CHILDREN'S MEDICAL | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 2,395.00 | 671.74 | 671.74 | 0.00 | 0.00 |
| MIDWEST ORTHOPEDIC INSTITUTE | Uns | 140.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT & | Uns | 145.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Uns | 0.00 | 40,450.88 | 0.00 | 0.00 | 0.00 |
| NAVIENT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS, INC. | Uns | 100.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| NICOR GAS | Uns | 600.00 | 541.19 | 541.19 | 0.00 | 0.00 |
| NORTHERN REHAB & SPORTS | Uns | 210.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICINE | Uns | 1,030.00 | NA | NA | 0.00 | 0.00 |
| ONEMAIN | Uns | 5,270.00 | 5,270.84 | 5,270.84 | 0.00 | 0.00 |
| PENNSYLVANIE TURNPIKE | Uns | 30.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL ACCOUNT | Uns | 60.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV, LLC BY | Uns | 400.00 | 400.00 | 400.00 | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 290.00 | NA | NA | 0.00 | 0.00 |
| VERIZON | Uns | 1,900.00 | NA | NA | 0.00 | 0.00 |
| PETE MATARANGAS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WEST CREEK FINANCIAL | Uns | 0.00 | 940.00 | 0.00 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 0.00 | 575.34 | 575.34 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 0.00 | 1,143.11 | 1,143.11 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 1,845.71 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 1,845.71 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 786.52 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 786.52 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 36,381.97 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ 1,730.00 | |
| Disbursements to Creditors | $ 0.00 | |
| **TOTAL DISBURSEMENTS:** | | $ 1,730.00 |

UST Form 101-13-FR-S (9/1/2009)

12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  04/19/2019            By:  /s/ Lydia S. Meyer
                                  Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)